UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>THE MICHAELS COMPANIES, INC.,<br><br>              Defendant. | Case No. 2:19-cv-00493-NR |

**STIPULATION OF DISMISSAL**

Plaintiff Ronald J. Migyanko ("Plaintiff") and Defendant The Michaels Companies, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

<div style="display: flex;">

<div>

Dated: December 9, 2019

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

</div>

<div>

Respectfully Submitted,

*/s/ William Dugan*
William Dugan (*Pro Hac Vice*)
Arthur J. Rooney (*Pro Hac Vice*)
BAKER & MCKENZIE, LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-2838
Facsimile: (312) 698-2960
william.dugan@bakermckenzie.com
arthur.rooney@bakermckenzie.com

*Attorneys for Defendant*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on December 9, 2019.

<div style="text-align: right;">/s/ R. Bruce Carlson</div>